May 26, 2005

**VIA E-FILING**

Judge Jeffrey S. White
United States District Court
Northern District
450 Golden Gate Ave.
San Francisco, CA 94102

Re:   Edward Bergo, et al. v. C.E. Green Corp., et al.
      USDC No. Dist. Case No. C 05 0874 JSW

Dear Judge White:

I hereby request to appear telephonically at the Initial Case Management Conference, scheduled to commence on June 3, 2005, at 1:30 p.m. in this matter.

If you have any questions, please call me directly.

Very truly yours,


Treaver K. Hodson

TKH/ic


Dated: June 1, 2005


DENIED
Judge Jeffrey S. White