September 23, 2005

**VIA E-FILING**

Judge Jeffrey S. White
United States District Court
Northern District
450 Golden Gate Ave.
San Francisco, CA 94102

Re:   Edward Bergo, et al. v. C.E. Green Corp., et al.
      USDC No. Dist. Case No. C 05 0874 JSW

Dear Judge White:

I hereby request to appear telephonically at the Further Case Management Conference, scheduled for September 30, 2005, at 1:30 p.m. in this matter.

If you have any questions, please call me directly.

Very truly yours,


Treaver K. Hodson

TKH/ic

Dated: September 27, 2005



DENIED
Judge Jeffrey S. White

C:\Documents and Settings\ICuyun\Desktop\Letter to Judge White.doc