```
 1  James P. Watson (SBN 046127)
    Bruce K. Leigh (SBN 129753)
 2  Andrea J. Kirkpatrick (SBN 229363)
    STANTON, KAY & WATSON, LLP
 3  101 New Montgomery, Fifth Floor
    San Francisco, CA  94105
 4  Telephone:  (415) 512-3501
    Facsimile:  (415) 512-3515
 5
    Attorneys for Plaintiffs
 6
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD T. BERGO as CHAIRMAN and KARL BIK as CO-CHAIRMAN of the BOARD OF TRUSTEES FOR THE CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; CEMENT MASONS VACATION/HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; CEMENT MASONS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and CEMENT MASONS APPRENTICESHIP AND TRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>C. E. GREEN CORPORATION, a California corporation; and CAROLE EDYTHE GREEN, an Individual,<br><br>Defendants. | Case No.:  C-05-0874 JSW<br><br>**PLAINTIFFS' ADMINISTRATIVE REQUEST TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE AND** [~~PROPOSED~~] **ORDER**<br><br>DATE:  September 30, 2005<br>TIME:  1:30 p.m.<br>COURTROOM:  2, 17th Floor<br>JUDGE:  Hon. Jeffrey S. White |

Request is hereby made that counsel for plaintiffs, hereinabove named, be permitted to appear telephonically at the Case Management Conference scheduled for September 30, 2005 at 1:30 p.m. in this matter.  This request is made to accommodate the schedules of counsel and minimize legal costs.

///

///

///

///

-1-

PLAINTIFFS' ADMINISTRATIVE REQUEST TO APPEAR BY TELEPHONE AT CASE MANAGEMENT
CONFERENCE AND [~~PROPOSED~~] ORDER [CASE NO. C-05-0874 JSW]

1 Counsel, James P. Watson, may be reached at (415) 512-3501 on the date of the case
2 management conference.

4 DATED: September 21, 2005        STANTON, KAY & WATSON, LLP

6         By_____/s/_____
                JAMES P. WATSON

    Attorneys for Plaintiffs

---

### [PROPOSED] ORDER

Good cause appearing therefor, plaintiffs' administrative request to appear by telephone at the case management conference scheduled for September 30, 2005 at 1:30 p.m. is GRANTED. DENIED.

Dated: September 27, 2005

_____/s/ Jeffrey S. White_____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

F:\CASES\8000\8000.201 C. E. Green Corp\PLEADINGS\GENERAL\Administrative Request to Appear by Telephone at CMC.doc