**United States District Court**

**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDWARD T. BERGO, et al.,

      Plaintiffs,

    v.

C.E. GREEN CORPORATION, et al.,

      Defendants.

_____/

No. C 05-00874 JSW

**ORDER REFERRING CASE TO MAGISTRATE JUDGE**

    The Case Management Conference in the above-captioned matter currently scheduled for September 30, 2005 is HEREBY VACATED.  Pursuant to Civil Local Rule 72-1 and to the parties' unanimous consent, the above-captioned matter is REFERRED to a randomly assigned Magistrate Judge for all purposes.

    **IT IS SO ORDERED.**

Dated: September 29, 2005

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Wings Hom