November 2, 2005

**<u>VIA E-FILING</u>**

Chief Magistrate Judge James Larson
United States District Court
Northern District
450 Golden Gate Ave.
San Francisco, CA 94102



Re:   Edward Bergo, et al. v. C.E. Green Corp., et al.
        USDC No. Dist. Case No. C 05 0874 JSW

Dear Judge Larson:

I hereby request to appear telephonically at the Case Management Conference, currently scheduled on November 9, 2005, at 10:30 a.m. in this matter.

If you have any questions, please call me directly.

Very truly yours,

/ss/

Treaver K. Hodson

TKH/ic