James P. Watson [SBN 046127]
Bruce K. Leigh [SBN 129753]
Anne Bevington [SBN 111320]
STANTON, KAY & WATSON, LLP
101 New Montgomery Street, Fifth Floor
San Francisco, CA 94105
Telephone: (415) 512-3501
Facsimile: (415) 512-3515
Email: JamesW@skwsf.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD T. BERGO as CHAIRMAN and KARL BIK as CO-CHAIRMAN of the BOARD OF TRUSTEES FOR THE CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; CEMENT MASONS VACATION/HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; CEMENT MASONS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and CEMENT MASONS APPRENTICESHIP AND TRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>C. E. GREEN CORPORATION, a California corporation; and CAROLE EDYTHE GREEN, an Individual,<br><br>Defendants. | Case No.: C-05-0874 JL<br><br>**PLAINTIFFS' ADMINISTRATIVE REQUEST TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>**DATE:** January 25, 2006<br>**TIME:** 10:30 a.m.<br>**COURTROOM:** F, 15th Floor<br>**JUDGE:** Hon. James Larson |
| JOSE MORENO as CHAIRMAN and LARRY TOTTEN as CO-CHAIRMAN of the BOARD OF TRUSTEES FOR THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v. | Case No.: C-05-0875 JL |

-1-
**PLAINTIFFS' ADMINISTRATIVE REQUEST TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER [CASE NO. C-05-0874 JL and CASE NO. C-05-0875 JL]**

1  C. E. Green Corporation, a California corporation; and
2  CAROLE EDYTHE GREEN, an Individual,
3              Defendants.

4  Request is hereby made that counsel for plaintiffs, hereinabove named, be permitted to appear
5  telephonically at the Case Management Conference scheduled for January 25, 2006 at 10:30 a.m. in
6  these matters.  This request is made to accommodate the schedules of counsel and minimize legal
7  costs.
8  Counsel, James P. Watson, may be reached at (415) 512-3501 on the date of the case
9  management conference.
10
11  DATED:  January 19, 2006                          STANTON, KAY & WATSON, LLP
12
13                                                     By__/s/ James P. Watson_____
                                                            JAMES P. WATSON
14
                                                     Attorneys for Plaintiffs
15

16  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

17                                  **[PROPOSED] ORDER**

18  Good cause appearing therefor, plaintiffs' administrative request to appear by telephone at the
                                                                            DENIED
19  case management conference scheduled for January 25, 2006 at 10:30 a.m. is ~~GRANTED~~.

20

21  Dated:  1/23/06 _____        _____
22                                         HON. JAMES LARSON
                                           CHIEF MAGISTRATE JUDGE
23
24
25
26
27  F:\CASES\8000\8000.201 C. E. Green Corp\PLEADINGS\GENERAL\Administrative Request to Appear by Telephone at CMC (1-25-06).doc
28

-2-
**PLAINTIFFS' ADMINISTRATIVE REQUEST TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE
AND [PROPOSED] ORDER  [CASE NO. C-05-0874 JL and CASE NO. C-05-0875 JL]**

**PROOF OF SERVICE**

CASE NAME:       *Edward T. Bergo, et al. v. C. E. Green Corporation, et al.*
CASE NUMBER:   No. C-05-0874 JL, U.S. District Court, Northern District of California

CASE NAME:       *Jose Moreno, et al. v. C. E. Green Corporation, et al.*
CASE NUMBER:   No. C-05-00875 JL, U.S. District Court, Northern District of California

I am a citizen of the United States and a resident of the State of California. I am over the age of 18 and not a party to the within action. My business address is 101 New Montgomery Street, Fifth Floor, San Francisco, California 94105.

On January 19, 2006, I served the following document(s) described as:

**PLAINTIFFS' ADMINISTRATIVE REQUEST TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**

on the following party/parties:

Treaver K. Hodson, Esq.
Meriam Hamilton, Esq.
PALMER KAZANJIAN HOLDEN, LLP
520 Capitol Mall, Suite 600
Sacramento, CA 95814
Telephone: (916) 442-3552
Facsimile: (916) 442-3606

**X**   *BY MAIL:* with postage thereon fully prepaid in the designated area for outgoing mail. I am readily familiar with STANTON, KAY & WATSON's practice of collection and processing correspondence whereby mail is sealed, given the appropriate postage and placed in a designated mail collection area. Each day's mail is collected and deposited with the United States Postal Service after the close of each day's business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

_____   BY PERSONAL SERVICE: by personally delivery copies to the person served. I delivered such envelope by hand to the offices of the addressee pursuant to C.C.P. § 1011. I caused such envelope to be delivered by hand to the office of the addressee.

_____   BY FACSIMILE: on the party(ies) named below in this action by sending via facsimile to the telephone facsimile number shown below, a true copy thereof following ordinary business practices. After transmission of the document, the facsimile machine indicated the document as having been sent complete and without error. The transmission report was properly issued by the transmitting machine and the original transmission report is attached to the original proof of service.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct and that this Declaration is executed on January 19, 2006 at San Francisco, California.

_/s/ Carol M. Christensen_____
Carol M. Christensen

-3-
PLAINTIFFS' ADMINISTRATIVE REQUEST TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER  [CASE NO. C-05-0874 JL and CASE NO. C-05-0875 JL]