James P. Watson [SBN 046127]
Bruce K. Leigh [SBN 129753]
Anne Bevington [SBN 111320]
STANTON, KAY & WATSON, LLP
101 New Montgomery Street, Fifth Floor
San Francisco, CA  94105
Telephone:   (415) 512-3501
Facsimile:    (415) 512-3515
Email:          JamesW@skwsf.com
                    AnneB@skwsf.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| EDWARD T. BERGO, et al., | Case No.: C-05-0874 JL |
|---|---|
| Plaintiffs, | **PLAINTIFFS' REQUEST TO VACATE PRETRIAL CONFERENCE AND TRIAL DATES DUE TO BANKRUPTCY ISSUES AND [PROPOSED] ORDER** |
| v. | |
| C. E. GREEN CORPORATION, a California corporation; and CAROLE EDYTHE GREEN, an Individual, | |
| Defendants. | |
| JOSE MORENO, et al., | Case No.: C-05-0875 JL |
| Plaintiffs, | |
| v. | |
| C. E. Green Corporation, a California corporation; and CAROLE EDYTHE GREEN, an Individual, | |
| Defendants. | |

On January 27, 2006, the Court issued a Pretrial Order setting these related cases for pretrial conference on August 2, 2006, and for trial on August 7, 2006. As shown in the accompanying Declaration of James P. Watson in support of this request, plaintiffs' counsel have been advised by Gerald L. White, Esq., bankruptcy attorney for the defendants, that defendant C.E. Green Corporation filed a bankruptcy petition on May 5, 2006. Accordingly, this action is stayed against C.E. Green Corporation. Mr. White has also provided plaintiffs' counsel with a bankruptcy petition that he had prepared but not yet filed on behalf of defendant Carole Edythe Green. Because trial cannot go forward as to the corporate defendant, and the individual defendant appears to be

-1-

seriously contemplating filing a bankruptcy petition as well, plaintiffs request that the Court vacate the pretrial conference date and the trial date, and set a further status conference for a date convenient to the Court in approximately 90 days.

DATED: July 17, 2006                STANTON, KAY & WATSON, LLP

By /s/ James P. Watson
JAMES P. WATSON
Attorneys for Plaintiffs

---

## ORDER

In light of the bankruptcy filing by defendant C.E. Green Corporation and possible bankruptcy filing by defendant Carole Edythe Green, and good cause appearing therefor,

IT IS HEREBY ORDERED that the pretrial conference set for August 2, 2006, and the trial date set for August 7, 2006, in these related cases, are hereby vacated. A further status conference will be held on November 8, 2006, at 10:30 a.m./p.m., in Courtroom F, 15th Floor, of the above-entitled court.

DATED: July 18, 2006

IT IS SO ORDERED
Judge James Larson

F:\CASES\7000\7000.1031 C E Green Corp\PLEADINGS\GENERAL\Request to Vacate Trial Date and Proposed Order.doc