United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD T. BERGO, ET AL., | Case No. C-05-0874 JL (JCS) |
| Plaintiffs, | |
| v. | **ORDER CONTINUING SETTLEMENT CONFERENCE** |
| C.E. GREEN CORPORATION, ET AL., | |
| Defendants. / | **(E-FILING CASES)** |
| JOSE MORENO, ET AL., | Case No. C-05-0875 JL (JCS) |
| Plaintiffs, | |
| v. | |
| C.E. GREEN CORPORATION, ET AL., | |
| Defendants. / | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the Settlement Conference previously scheduled for September 26, 2006, at 9:30 a.m., in these cases has been continued to **October 19, 2006, at 1:30 p.m.**, in Courtroom A, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

IT IS HEREBY ORDERED that both counsel of record for the non-stayed defendant and defendant, Carole Green, personally appear at the Settlement Conference.

The parties are directed to notify the undersigned's chambers immediately at (415) 522-3691 if this case settles prior to the date set for the Settlement Conference. All other provisions of the

1  February 8, 2006 "Notice of Settlement Conference and Settlement Conference Order" remain in
2  effect.
3      IT IS SO ORDERED.

5  Dated: September 28, 2006

_____
JOSEPH C. SPERO
United States Magistrate Judge